June 11, 1909.) Action by Anthony Fisher against the Wakefield Park Realty Company.

PER CURIAM. As it appears from the moving papers that the affirmance by default on May 7th did not involve the merits, and another appeal is pending which does, the motion to open the default is denied, with costs.

FISK, Jr., Respondent, v. FISK, Appellant. (Supreme Court, Appellate Division, Fourth Department. July 6, 1909.) Action by George Fisk, Jr., against Sumner Fisk.

PER CURIAM. Judgment affirmed, with costs.

McLENNAN, P. J., and ROBSON, J., dissent, upon the ground that the nonsuit was proper, because there was no proof of conversion.

FITZGERALD, Respondent, v. SILVERMAN et al., Appellants. (Supreme Court, Appellate Division, Second Department. October 15, 1909.) Action by Jermiah J. Fitzgerald against Samuel Silverman and another. No opinion. Motion to dismiss appeal granted, with costs.

FITZPATRICK, Respondent, v. BUFFALO UNION FURNACE CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. July 6, 1909.) Action by Katherine R. Fitzpatrick, as administratrix, etc., against the Buffalo Union Furnace Company.

PER CURIAM. Judgment and order affirmed, with costs.

ROBSON, J., dissents.

FLAGLER, Appellant, v. BOSTON & M. R. R., Respondent. (Supreme Court, Appellate Division, Third Department. June 24, 1909.) Action by Lizzie Flagler, as administratrix, against the Boston & Maine Railroad. No opinion. Judgment unanimously affirmed, with costs.

FLARETY et al., Appellants, v. SCHUPPENHAUER, Respondent. (Supreme Court, Appellate Division, Fourth Department. October 20, 1909.) Action by Margaret Flarety and another, as administrators, etc., against John Schuppenhauer.

PER CURIAM. Judgment reversed, and new trial ordered before another referee, with costs to appellant to abide event, upon questions of fact. Held, that the decision is contrary to and against the weight of the evidence.

ROBSON, J., dissents. KRUSE, J., not sitting.

FLATBUSH MOTOR CAR CO., Respondent, v. SCHLEGEL, Appellant. (Supreme Court, Appellate Division, Second Department. October 12, 1909.) Action by the Flatbush Motor Car Company against Oscar Schlegel. No opinion. Judgment of the Municipal Court affirmed, with costs.

FLEIKER, Appellant, v. CITY OF NEW YORK, Respondent. (Supreme Court, Appellate Division, First Department. June 18, 1909.) Action by Otto Fleiker, as administrator, against the City of New York. M. Schaap, for appellant. T. Connolly, for respondent. No opinion. Judgment affirmed, with costs. Order filed.

FLYNN, Respondent, v. NEW YORK, A. & L. R. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. October 20, 1909.) Action by Cora B. Flynn against the New York, Auburn & Lansing Railroad Company. No opinion. Order affirmed, with costs.

FOLEY, Respondent, v. UTICA SANITARY MILK CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. October 6, 1909.) Action by John H. Foley against the Utica Sanitary Milk Company.

PER CURIAM. Judgment affirmed, with costs. See, also, 131 App. Div. 456, 115 N. Y. Supp. 418.

KRUSE, J., dissents.

FOOTE, Respondent, v. LEARY et al., Appellants. (Supreme Court, Appellate Division, First Department. June 25, 1909.) Action by Elizur V. Foote, as executor, against Mary C. Leary, as administratrix, and others. C. Haldane, for appellants. R. E. Dwight, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

FOX, Respondent, v. POWERS et al., Appellants. (Supreme Court, Appellate Division, First Department. June 11, 1909.) Action by Henry E. Fox against Eliza Powers and others. S. J. Rosensohn, for appellants. L. A. Sullivan, for respondent.

PER CURIAM. Order modified, by striking from the last clause thereof the words "to amend his complaint or." As so modified, order affirmed, without costs. Settle order on notice.

FRANK v. CARTER. (Supreme Court, Appellate Division, First Department. June 11, 1909.) Action by Amy N. Frank against William Carter. No opinion. Motion denied. Settle order on notice.

FRANK et al. v. CARTER et al. (Supreme Court, Appellate Division, First Department. June 25, 1909.) Action by Amy N. Frank and others against William Carter and others. C. H. Stoddard, for appellants. J. G. Moses, for respondents. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

FRANK et al., Respondents, v. CARTER et al., Appellants. (Supreme Court, Appellate Division, First Department. October 15, 1909.) Action by Amy N. Frank and another against